**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**QBE INSURANCE CORPORATION**                                      **PLAINTIFF**

**VS.**                                **CIVIL ACTION NO. 1:10CV404-HSO-JMR**

**BUFORD PERRY d/b/a HENDRICKSON
CONTRACTING, JOHN STEUBBEN AND
GRACE STEUBBEN**                                           **DEFENDANTS**

**AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE**

**CAME ON** before this Court, the joint *ore tenus* motion of QBE Insurance Corporation, Buford Perry, d/b/a Hendrickson Contracting, John Steubben and Grace Steubben, to dismiss this civil action without prejudice, and the Court, after having heard and considered same, finds and orders as follows:

This civil action shall be and hereby is dismissed. This dismissal is without prejudice as to all the parties, with each party to bear its own costs.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that this action for declaratory judgment is dismissed, without prejudice.

ORDERED, ADJUDGED AND DECREED, on this the 13th day of December, 2010.

                                                         s/John M. Roper Sr.
                                                         UNITED STATES MAGISTRATE JUDGE

Submitted by:
*/s/ John S. Graham*
John S. Graham, Esq.
Attorney for QBE Insurance Corporation
jgraham@hjglawfirm.com

Agreed to by:

*/s/ Ben Bowden*
Ben Bowden, Esq.
Attorney for Buford Perry d/b/a Hendrickson Contracting
bowden@vbwlawfirm.com


*/s/ David McMullan, Jr.*
David McMullan, Esq.
Attorney for John Steubben and Grace Steubben
dmcmullan@barrettlawgroup.com